**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00003-CV**
_____

**BOBBY JOE GOBERT, Appellant**

**V.**

**JAIME NICOLE GOBERT, Appellee**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-236,055**

**MEMORANDUM OPINION**

Bobby Joe Gobert appeals from a judgment signed on December 17, 2019. On February 6, 2020, we notified the parties that the appeal would be dismissed for want of prosecution unless the appellant remitted the filing fee for the appeal. On February 7, 2020, we notified the parties that the appeal would be dismissed unless the appellant made arrangements for filing the record or explained why additional time was needed to file the record.

1

The appellant did not respond to the Court's notices. Gobert did not file an affidavit of indigence or a statement of inability to pay costs. *See* Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the record, and there being no reasonable explanation for the failure to pay the filing fee for the appeal, the appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

APPEAL DISMISSED.

PER CURIAM

Submitted on March 18, 2020
Opinion Delivered March 19, 2020

Before McKeithen, C.J., Kreger and Horton, JJ.